UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN HAVENS, et al.,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 13-cv-02662-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline to add parties or amend the pleadings | The Court does not anticipate further amendment of the pleadings |
| Deadline to complete mediation | 11/19/13 |
| Deadline to file joint letter confirming compliance with mediation deadline | 11/20/13 |
| Further case management conference (will be vacated if mediation is completed by deadline) | 12/4/13 at 2:00 p.m. |
| Fact discovery cut-off | 3/21/14 |
| Expert disclosures | 4/25/14 |
| Expert rebuttal | 5/9/14 |

| Event | Deadline |
|---|---|
| Expert discovery cut-off | 5/23/14 |
| Deadline to file dispositive motions | 6/13/14 |
| Pretrial conference statement due | 8/26/14 |
| Pretrial conference | 9/5/14 at 2:00 p.m. |
| Trial | 9/22/14 at 8:30 a.m. |
| Estimate of trial length (in days) | 7 days |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

//
//
//
//
//
//
//
//
//

1  The Court also sets a mediation compliance hearing date of **December 4, 2013 at 2:00
2  p.m.** in Courtroom 9.  The parties have agreed, and are ordered, to complete private mediation by
3  November 19, 2013.  The parties are ordered to file a joint letter not later than November 20,
4  2013, confirming their compliance with this order, and stating the date on which the mediation
5  was completed and the identity of the mediator.  If the parties file such a letter, the December 4
6  hearing date will be vacated.  If not, counsel are ordered personally to appear.

Dated: September 23, 2013

_____
JON S. TIGAR
United States District Judge

3