UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HAVENS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 13-cv-02662-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 20 |

The parties have filed a stipulation of dismissal dated November 11, 2013, stating that they have agreed to dismiss the claims against them with prejudice. ECF No. 20. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 13, 2013

                                                        JON S. TIGAR
                                         United States District Judge